AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TIMOTHY BROWN,

        Plaintiff,

        v.

BENJAMIN RODRIGUEZ, BARRY KELLOGG, JAMES EDWARDS, FIVE UNKNOWN MEDICAL COMMITTEE MEMBERS, JANE DOE, and JOHN DOE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-466-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

April 11, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia